STATE OF CONNECTICUT *v.* CHARLES AARON FEIN
(AC 18033)

Lavery, Landau and Hennessy, Js.

Argued October 25—officially released November 9, 1999

Per Curiam. The appeal is dismissed by agreement.

STATE OF CONNECTICUT *v.* MICHAEL REID
(AC 18293)

O'Connell, C. J., and Landau and Mihalakos, Js.

Argued October 26—officially released November 9, 1999

Per Curiam. The judgment is affirmed.

JOSEPH A. GIBSON III *v.* COMMISSIONER OF
CORRECTION
(AC 19159)

Lavery, Hennessy and Vertefeuille, Js.

Argued October 27—officially released November 23, 1999

Per Curiam. The judgment is affirmed.

EUGENE LIDMAN ET AL. *v.* LINDA NUGENT
(AC 18996)

O'Connell, C. J., and Spear and Mihalakos, Js.

Submitted on briefs September 15—officially released November 23, 1999

Per Curiam. The judgment is affirmed.